MORRISON TENENBAUM PLLC
Lawrence F. Morrison, Esq.
*Counsel to the Petitioning Creditor*
*Post Investments, Ltd.*
87 Walker Street, Floor 2
New York, New York 10013
Tel (212) 620-0938
lmorrison@m-t-law.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| **TD Trading, LLC.,** | Case No 14-27917 |
| Debtor. | (Involuntary Petition) |

-------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

1. I, Josie Rivera:

    ☐ represent the Debtor in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Morrison Tenenbaum, PLLC</u>, who represents the <u>Petitioning Creditor, Post Investments, Ltd.</u> in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On **September 17, 2014**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Involuntary Bankruptcy Petition under Chapter 7; and
    - Summons

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 7, 2014                    */s/ Josie Rivera*
                                          Josie Rivera

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TD Trading, LLC<br>755 Secaucus Rd, Cage 7165<br>Secaucus, NJ 07094 | Involuntary Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Trading, LLC<br>10130 Perimeter Parkway, Ste 200<br>Charlotte, NC 28216 | Involuntary Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Trading, LLC<br>14 Wall Street, 20th Floor<br>New York, NY 10005 | Involuntary Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Trading (Cayman) LLC<br>Cayman Business Park, A7<br>George Town, Grand Cayman<br>PO Box 10024<br>Grand Cayman, KY1-1001<br>Cayman Islands | Involuntary Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| TD Trading (Cayman) Limited<br>Cayman Business Park, A7<br>George Town, Grand Cayman<br>PO Box 10024<br>Grand Cayman, KY1-1001, Cayman Islands | Involuntary Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |